**DISMISS and Opinion Filed November 13, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-18-01053-CV**

## IN RE THE ESTATE OF PATRICIO ENRIQUE ZAMARRIPA, DECEASED

**On Appeal from the Collin County Probate**
**Collin County, Texas**
**Trial Court Cause No. PB1-0421-2018**

# MEMORANDUM OPINION

Before Justices Bridges, Francis, and Lang-Miers
Opinion by Justice Francis

Before the Court is appellant's motion to dismiss the appeal on the basis that the probate court has "reversed" the appealed order. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Molly Francis/
MOLLY FRANCIS
JUSTICE

181053F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN RE THE ESTATE OF PATRICIO
ENRIQUE ZAMARRIPA, DECEASED

No. 05-18-01053-CV

On Appeal from the Collin County Probate,
Collin County, Texas
Trial Court Cause No. PB1-0421-2018.
Opinion delivered by Justice Francis,
Justices Bridges and Lang-Miers
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** appellee Kristy Hoover recover her costs, if any, of this appeal from appellant Enrique Zamarripa.

Judgment entered November 13, 2018.